```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016505
Cashier ID: almaceh
Transaction Date: 03/04/2008
Payer Name: VICTOR MONTEZ
------------------------------------
WRIT OF HABEAS CORPUS
 For: VICTOR MONTEZ
 Amount:        $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 57850462659
 Amt Tendered:  $5.00
------------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C08-0815 VRW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

Victor Montez
C-48215 east dorm #181 low
P.O. Box 689 CTF Soledad CA
93960-0689

U.S District Courts
450 Golden GATE Ave
P.O. Box 36060
San Francisco, CA.
94102-9680

