Victor M. Montez, Case No. CV-08-0815 VRW
C-48215   ED 181 Low
PO Box 689
Soledad, CA 93960-0689

April 15, 2008

**RECEIVED**

APR 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
Federal District Court
Northern District
450 Golden GAte Ave
San Francisco, CA. 94102-9680

Re: Filing Fee

Dear Clerk of the Court,

I am inquiring into the filing fee which I sent to your office on the third week of February, 2008.

I have not yet received any notice that your office has received this fee and credited it to my case. As you know, timeliness is important in writs of habeas corpus. The likelyhood of a dismissal increases greatly because of unnecessary delays.

Could you please look into your records to determine if the filing fee was received and, if so, send me a receipt?

I gratefully appreciate your consideration for this request.

Sincerely,

*[signature]*

Victor M. Montez

*PLEASE ENCLOSE This with the Check, THANK YOU... JMM.*

**FILED**
**FEB - 5 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:   E-filing    CV 08 0815  VRW (PR)

Your petition has been filed as civil case number _____.

☑ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ☑ you did not file an <u>In Forma Pauperis</u> Application.

2. ____ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   ____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   ____ You did not sign your <u>In Forma Pauperis</u> Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

*MONTEZ*

Victor M. Montez
#48215, E.O. 18LL
P.O. Box 689
Soledad, CA
93960.0689

CASE # CV-08-0815

Confidential
Legal Mail

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

4-12-08

*[signature]*